UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY E. BINFORD,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 3:17-CV-05805-DWC

ORDER TO SHOW CAUSE

Plaintiff Henry E. Binford filed the Complaint on October 12, 2017. Dkt. 4. The time for serving the summonses and Complaint expired on January 10, 2018, 90 days after the Complaint was filed, and no proof of service has been filed. *See* Fed. R. Civ. P. 4(l), 4(m). Further, no Defendant has entered an appearance in this case. Plaintiff is ordered to show cause why this case should not be dismissed without prejudice for failure to timely serve. *See id*. at 4(m). Plaintiff must show cause on or before January 26, 2018.

Dated this 12th day of January, 2018.

David W. Christel
United States Magistrate Judge